IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BETHANY K. SMITH                                                                PLAINTIFF

VS.                                                        CIVIL ACTION NO. 1:10CV217-B-S

CITY OF TUPELO, MISSISSIPPI                                                      DEFENDANT

## JURY VERDICT

Please check the appropriate blank in order to render your verdict:

(1) If you find for the plaintiff,

__X__ We the jury find for the plaintiff, Bethany K. Smith, against the defendant and assess her damages at $ 3000.00 .

(2) If you find for the defendant,

_____ We the jury find for the defendant, City of Tupelo, Mississippi.

FOREPERSON: _____

Date 8/1/12